# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

March 28, 2008

Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

Re: **United States v. Ruben Serrano**
    07 Cr. 1029 (DC)
    **Bail Modification Request**

Dear Judge Chin:

    I write on behalf of my client, Ruben Serrano, to respectfully request that the Court temporarily modify the travel restrictions imposed by the Honorable Judge Gabriel W. Gorenstein on September 11, 2007. At that time, the Court imposed the following bail conditions:

> a $100,000 personal recognizance bond, cosigned by two financially responsible people; travel restricted to SDNY and District of New Jersey; surrender travel documents (& make no new applications); regular pretrial supervision; Deft to be released upon his own signature, remaining conditions to be met by 9/21/07.

    At this time, Mr. Serrano seeks the Court's permission to extend his travel restrictions to include the Eastern District of New York as his current employer is sending him on an 8-week project in Staten Island.

    I have spoken with Assistant United States Attorney Reed

Honorable Danny Chin                         March 28, 2008
United States District Judge                 Page 2
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Ruben Serrano**
     07 Cr. 1029 (DC)
     **Bail Modification Request**

Brodsky on behalf of the government and he has consented to this application.

Thank you for your consideration of this matter.

                                Respectfully submitted,

                                Jennifer L. Brown
                                Assistant Federal Defender
                                Tel.: (212) 417-8722

                    SO ORDERED:

                                HONORABLE DENNY CHIN
                                United States District Judge
                                3/31/08

cc: Reed Brodsky, Assistant United States Attorney